J. J. DINKINS, *Appellant*, v. MARTHA HANNAH WHITESIDE, SOLE DEVISEE AND LEGATEE UNDER THE LAST WILL AND TESTAMENT OF E. WHITESIDE, *Appellee*.

Opinion Filed July 3, 1922.

An Appeal from the Circuit Court for Lee County; George W. Whitehurst, Judge.

Petition for rehearing denied August 7, 1922.

*R. A. Henderson, Jr.,* for Appellant;

*Walter O. Sheppard,* for Appellee .

PER CURIAM—An amended bill of complaint herein brought to have a judgment canceled and to enjoin its enforcement on the ground, among others, that the debt for which the judgment was rendered had been paid, was held insufficient on a general demurrer, and complainant appealed.

As the allegations of the bill of complaint that are admitted by the demurrer do not wholly fail to state a case for equitable relief the demurrer thereto should have been overruled. Wells v. Williams; 80 Fla. 498, 86 South. Rep. 336; Florida East Coast Ry. Co. v. City of Miami, 80 Fla. 329, 86 South. Rep. 208.

Reversed.

TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.

BROWNE, C. J., not participating.